No. 72–1713. Secretary of the Navy v. Avrech. Appeal from C. A. D. C. Cir. Probable jurisdiction noted.

No. 73–157. Calero-Toledo et al. v. Pearson Yacht Leasing Co. Appeal from D. C. Puerto Rico. Probable jurisdiction noted.

No. 72–985. California Bankers Assn. v. Shultz, Secretary of the Treasury, et al.;

No. 72–1073. Shultz, Secretary of the Treasury, et al. v. California Bankers Assn. et al.; and

No. 72–1196. Stark et al. v. Shultz, Secretary of the Treasury, et al. Appeals from D. C. N. D. Cal. Probable jurisdiction noted. Cases consolidated and two hours allotted for oral argument. Reported below: 347 F. Supp. 1242.

No. 72–1382. F. D. Rich Co., Inc., et al. v. United States for the Use of Industrial Lumber Co., Inc. C. A. 9th Cir. Certiorari granted.

No. 72–1566. Granny Goose Foods, Inc., et al. v. Brotherhood of Teamsters & Auto Truck Drivers, Local No. 70 of Alameda County, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America. C. A. 9th Cir. Certiorari granted.

No. 72–1589. Richardson, County Clerk and Registrar of Voters of Mendocino County v. Ramirez et al. Sup. Ct. Cal. Certiorari granted.